UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLIE WEBB ) | |
| ) | |
| v. ) | CIVIL NO. 04-12497-WGY |
| ) | |
| UNITED STATES OF AMERICA ) | |

MOTION TO RECONSIDER DISMISSAL OF
PETITION PURSUANT TO 28 U.S.C. § 2255

The petitioner Charlie Webb, through undersigned counsel, respectfully moves this court to reconsider its dismissal of his petition in the above-captioned case. This court dismissed Webb's petition for relief pursuant to 28 U.S.C. § 2255 on the ground that his petition was untimely. See Docket entry dated December 1, 2004. Webb filed his petition on November 18, 2004. His § 2255 petitioner was timely because it was filed within one year of the Supreme Court's denial of his petition for a writ of certiorari to the First Circuit Court of Appeals. Webb's petition for certiorari was denied on December 1, 2003. Webb v. United States, ___ U.S. ___, 124 S.Ct. 847 (2003). For purposes of § 2255's one-year limitation on the filing of a petition, Webb's judgment of conviction did not become final until the Supreme Court denied his petition for a writ of certiorari. Clay v. United States, 537 U.S. 522, 123 S.Ct. 1072, 1076 (2003). Therefore, Webb had one year from December 1, 2003 in which to

1

petition for relief under § 2255.  He filed within this one-year period, and therefore his petition should not be dismissed.

By this motion, the petitioner also moves this court to treat the pleading filed by undersigned counsel on November 30, 2004 on Webb's behalf as an amendment to the petition as originally filed on November 18, 2004.  An application for a writ of habeas corpus may be amended "under the rules of procedure applicable to civil actions."  28 U.S.C. § 2242.  Under Fed. R. Civ. P. 15(a), a party may amend his pleading "at any time before a responsive pleading is served."

For the above-stated reasons, the petitioner Charlie Webb respectfully requests that this court reinstate his petition for relief pursuant to 28 U.S.C. § 2255 and further that the petition be amended by the filing of November 30, 2004.

>Respectfully submitted,
>
>By his attorney
>
>/s/Syrie D. Fried
>
>_____
>Syrie D. Fried
>   B.B.O. # 555815
>Federal Defender Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA  02110
>Tel: 617-223-8061

Dated: December 17, 2004